```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/11/2018
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

LUC BURBON and on behalf of all
other persons similarly situated,

                          Plaintiffs,          No. 1:18-cv-2805

-against-

ROCKELFELLER GROUP, INC. and
TISHMAN SPEYER PROPERTIES, L.P.,

                          Defendant.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

## STIPULATION OF DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED, by the parties to this action, by and through their undersigned counsel, that this action is dismissed with prejudice pursuant to the Federal Rules of Civil Procedure 41(a)(1)(A)(ii). Each party shall bear its or their own legal fees and costs.

Dated: New York, New York
        October 10, 2018

LAW OFFICE OF AVI A. NAVEH, ESQ.      GREENBERG TRAURIG, LLP

By: /s/ Avi Naveh                              By: /s/ Heath Kushnick
Avi A. Naveh                                       Heath B. Kushnick
175 Varick Street, 3rd Floor                 200 Park Avenue
New York, New York 10014                 New York, New York 10166
(646) 881-4471                                   (212) 801-9298
*Attorneys for Plaintiffs*                        *Attorneys for Defendants*

SO ORDERED.   /s/ Paul A. Engelmayer   10/11/18
                                   PAUL A. ENGELMAYER
                                   United States District Judge